**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

MARION PRICE, et al.,

        Plaintiffs,

v.

THE CITY OF SEATTLE,

        Defendant.

**Case No.** C03-1365P

Minute Order
Re: Settlement Conference

    THIS MATTER was referred by the Honorable Marsha J. Pechman for purposes of a judicial settlement conference in lieu of mediation pursuant to Local Rule 39.1.

    This is to confirm that counsel Adam Berger and Jim Hailey for the plaintiffs, and Ted Buck and Sean Sheehan for the defense appeared as requested at 9:00 a.m. this date to engage in settlement discussions with U. S. Magistrate Judge, J. Kelley Arnold. This court engaged in settlement discussions with counsel. **The parties were unable to resolve the matter**.

    Entered this 29th day of June, 2005 by *Kelly Miller*, deputy clerk for the United States District Court of Washington, sitting in Tacoma.

ORDER
Page - 1