UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARION PRICE, et al.,

                Plaintiffs,

v.

CITY OF SEATTLE, et al.,

                Defendants.

No. C03-1365P

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

Judge Pechman recuses herself from this matter.  Chief Judge Robert S. Lasnik has been randomly reassigned this matter by the Clerk.  All currently pending motions will be decided by Chief Judge Lasnik, and any future pleadings in this matter shall bear the case number C03-1365L.

Dated this 25th day of January, 2006.

BRUCE RIFKIN, Clerk

By /s/  Mary Duett
    Deputy Clerk

MINUTE ORDER - 1