1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARION PRICE, et al.,

                Plaintiffs,

    v.

THE CITY OF SEATTLE, et al.,

                Defendants.

No. C03-1365RSL

ORDER STRIKING PENDING
MOTIONS WITHOUT PREJUDICE

      The Court makes this order *sua sponte*.  Four motions in this matter are currently pending on the Court's motion calendar:

    (1)      Plaintiffs' motion to exclude expert witnesses (Dkt. # 204);

    (2)      The City's motions in limine (Dkt. # 220);

    (3)      Plaintiffs' motion in limine (Dkt. # 222); and

    (4)      The City's motion in limine re: expert testimony (Dkt. #224).

These motions were filed before the Court's order that partially decertified the class, a ruling that narrows the issues remaining for trial.  As a result, it would appear that some issues presented in the pending motions may now be moot.  In addition, the trial date in this matter has been moved to May 7, 2006, in part to provide the parties with additional time for settlement discussions.

ORDER - 1

1  In light of these developments, the Court STRIKES these four pending motions (Dkt. # 204,

2 220, 222, and 224) from the motion calendar, without prejudice to the parties' ability to renew these

3 motions if settlement discussions are not successful.

4  The clerk is directed to provide copies of this order to all counsel of record.

5  Dated this 24th day of October, 2006.

6

7

8 Robert S. Lasnik
 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER - 2