UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MARION PRICE, *et al.*,

                Plaintiffs,

     v.

CITY OF SEATTLE,

                Defendant.
_____

No. 03-1365RSL

ORDER

      This matter comes before the Court *sua sponte*. On June 25, 2007 the Court ordered plaintiffs to deliver a courtesy copy of documents they filed on June 18, 2007. Plaintiffs have now done so. The Order to Show Cause (Dkt. # 260) is hereby VACATED: plaintiffs need not take any further action in response to the Order to Show Cause.

      DATED this 26th day of June, 2007.

                                            /s/ Robert S. Lasnik
                                            Robert S. Lasnik
                                            United States District Judge