___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 09 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

THE HONORABLE ROBERT LASNIK

03-CV-01365-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARION PRICE; RODRIGUE PAUL; HARRY DAVIS; DAVID L. WILLIAMS; and ALLEN R. NUNNERY, on behalf of themselves and the class they represent,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SEATTLE, a municipal corporation and political subdivision of the State of Washington,<br><br>Defendants. | No. CV03-1365L<br><br>ORDER UPON SETTLEMENT AND FINAL JUDGMENT [PROPOSED] |

THIS MATTER came before the Court for final approval of the proposed class settlement (the "Settlement"). The Court has considered all papers filed and proceedings in this matter, has heard the arguments of counsel, and is fully informed regarding the facts surrounding the proposed Settlement. Based upon this information, the Court has determined that the proposed Settlement should be approved as fair and reasonable. The Court hereby enters this Final Judgment, which constitutes a final adjudication of this matter on the merits. It is therefore

ORDERED, ADJUDGED AND DECREED that:

1. The definitions and provisions of the Settlement Agreement are hereby incorporated as though fully set forth herein.

ORDER UPON SETTLEMENT AND
FINAL JUDGMENT [PROPOSED] - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000

2. This Court has jurisdiction over the subject matter of this litigation with respect to all claims and over all parties to this litigation, including all members of the Plaintiff Class as defined in the Court's Order certifying a class on May 4, 2004 and modified by the Court's Orders revising the class definition on August 1, 2005 and partially decertifying the class on September 19, 2006.

3. The Court hereby approves the Settlement and finds that the Settlement is, in all respects, fair, reasonable, and adequate to the Plaintiff Class, within the authority of the parties, and the result of extensive arm's length negotiations.

4. The Court approves the payment from the settlement fund of $7,500 to each of the five named Class Representatives in settlement of their individual claims and in recognition of their services to the Plaintiff Class in this case. The Court further approves allocation of 15% of any residual in the settlement fund to the Seattle Municipal Court's DWLS diversion program, as provided in the settlement agreement, with the remainder reverting to the City of Seattle.

5. This Final Judgment does not constitute an expression by the Court of any opinion, position, or determination as to the merit or lack of merit of any of the claims or defenses of the Class, the Class Representatives, or the City of Seattle. Neither this Final Judgment nor the Settlement Agreement is an admission or indication by the City of the validity of any claims in this action or of any liability or wrongdoing or of any violation of law.

6. This Court hereby dismisses this action on the merits and with prejudice as against all persons and entities who are members of the Plaintiff Class.

7. All persons and entities who are members of the Plaintiff Class are hereby barred and permanently enjoined from prosecuting, commencing or continuing any claims resolved by the Settlement or released in this Final Judgment.

8. The Notice of Proposed Settlement and summary publication notice (collectively, "Notice") given to the Plaintiff Class, which set forth the principal terms of the Settlement Agreement and other matters, was the best practicable notice under the circumstances. The Notice provided due and adequate notice of these proceedings and of the matters set forth therein, including the Settlement Agreement, to all parties entitled to such notice, and the Notice satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure and the requirements of constitutional due process.

9. Without affecting the finality of this judgment in any way, the Court retains continuing jurisdiction over (a) implementation of the Settlement Agreement, distribution of the funds contemplated by the Settlement Agreement, and processing of the claims permitted by the Settlement Agreement, until each and every act agreed to be performed pursuant to the Settlement Agreement has been performed; and (b) all parties to this action and members of the Plaintiff Class for the purpose of enforcing and administering the Settlement Agreement.

DONE this 9th day of July, 2007.

_____
THE HONORABLE ROBERT LASNIK

Presented by:

SCHROETER GOLDMARK & BENDER

/S/ *Adam J. Berger*
   Adam J. Berger, WSBA #20714
   Counsel for Plaintiff Class

ORDER UPON SETTLEMENT AND
FINAL JUDGMENT [PROPOSED] - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
(206) 622-8000